CR-11 0048

DMJ:NB
F.#2010R02521

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 19 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

TERRANCE MASON,
   also known as "T-Mason"
   and "T,"
RASHAAN CORBIN,
   also known as "Dog,"
WILLIAM MASON,
   also known as "Will" and
CHARLES HICKSON,
   also known as "Chuck,"

         Defendants.

- - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
 841(b)(1)(A)(iii) and 846;
 T. 18, U.S.C., §§ 3551 et seq.)

SEYBERT, J.
BOYLE, M.

THE GRAND JURY CHARGES:

CONSPIRACY TO DISTRIBUTE AND POSSESS
WITH INTENT TO DISTRIBUTE COCAINE BASE

     In or about and between January 2006 and March 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants TERRANCE MASON, also known as "T-Mason" and "T," RASHAAN CORBIN, also known as "Dog," WILLIAM MASON, also known as "Will" and CHARLES HICKSON, also known as "Chuck," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a Schedule II controlled

substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

by: _____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
JUN. 85

No. 10-M-848

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

TERRANCE MASON, RASHAAN CORBIN,
WILLIAM MASON, and CHARLES HICKSON,

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 841 (b) (1) (A) (iii) and 846; T. 18, U.S.C., §§ 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

NICOLE BOECKMANN, AUSA (631) 715-7855