**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: SEYBERT,J.   DATE: 2/25/2011      TIME:10:30

DOCKET NUMBER: CR 11-48         TITLE: USA-V-

DEFT NAME: TERRANCE MASON                          DEFT: #1
     X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL

     ATTY. FOR DEFT.: MICHAEL SOROKA              X C.J.A.
              X PRESENT        NOT PRESENT     RET

DEFT NAME: RASHAAN CORBIN                          DEFT: #2
     X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL

     ATTY. FOR DEFT.: STEVE ZISSOU                 X C.J.A.
              X PRESENT        NOT PRESENT     RET

DEFT NAME: WILLIAM MASON                           DEFT: #3
     X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL

     ATTY. FOR DEFT.: ELIZABETH MACEDONIO          X C.J.A.
              X PRESENT        NOT PRESENT     RET

DEFT NAME: CHARLES HICKSON                         DEFT: #4
     X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL

     ATTY. FOR DEFT.: JOSEPH KILADA                X C.J.A.
                PRESENT        NOT PRESENT     RET


A.U.S.A. NICOLE BOECKMANN            DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:    P. AUERBACH   X E. COMBS      P. LOMBARDI
   S. PICOZZI     H. RAPAPORT     M. STEIGER     R. TOLKIN
   D. TURSI       O. WICKER

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X  CASE ADJOURNED TO 4/8/2011 AT 10:30AM FOR STATUS CONFERENCE.

    MOTION CONFERENCE HELD ON                    'S MOTION TO
    _____

    ARGUMENT HEARD      MOTION GRANTED.     MOTION DENIED.
                        DECISION RESERVED.

    DECISION ENTERED INTO THE RECORD.


 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-         START DATE: 2/25/2011      XSTRT
                           STOP DATE:  4/ 8/2011      XSTOP

 X  DEFT. CONTINUED IN CUSTODY.

    JURY SELECTION & TRIAL SCHEDULED FOR

     **MOTIONS TO BE MADE BY** 

     **RESPONSE BY GOVERNMENT BY** 

     **REPLY IF ANY BY** 

**X**  **OTHER:** **SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY.**