**CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE: SEYBERT,J.   DATE: 4/15/2011       TIME:10:30**

**DOCKET NUMBER: CR 11-48          TITLE: USA-V-**

**DEFT NAME: TERRANCE MASON                          DEFT: #1**
   **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

   **ATTY. FOR DEFT.: MICHAEL SOROKA             X C.J.A.**
            **X PRESENT        NOT PRESENT     RET**

**DEFT NAME: RASHAAN CORBIN                          DEFT: #2**
   **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

   **ATTY. FOR DEFT.: STEVE ZISSOU                X C.J.A.**
              **PRESENT      X NOT PRESENT     RET**

**DEFT NAME: WILLIAM MASON                           DEFT: #3**
   **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

   **ATTY. FOR DEFT.: ELIZABETH MACEDONIO          X C.J.A.**
              **PRESENT      X NOT PRESENT     RET**


**CHRISTOPHER CAFFARONE FOR**
**A.U.S.A. NICOLE BOECKMANN            DEPUTY CLERK: CHARLES BARAN**

**COURT REPORTER:     P. AUERBACH      E. COMBS        P. LOMBARDI**
   **S. PICOZZI        H. RAPAPORT      M. STEIGER       R. TOLKIN**
   **D. TURSI        X O. WICKER**

 **X  CASE CALLED.  NOT ALL COUNSEL PRESENT.  CONFERENCE HELD.**

 **X  CASE ADJOURNED TO 5/20/2011 AT 10:30AM FOR STATUS CONFERENCE**
     **(DEFT. #1).**

 **X  CASE ADJOURNED TO 4/26/2011 AT 12:00 NOON FOR STATUS**
     **CONFERENCE (DEFTS. #2, 3).**

     **MOTION CONFERENCE HELD ON               'S MOTION TO**

     **ARGUMENT HEARD      MOTION GRANTED.     MOTION DENIED.**
                         **DECISION RESERVED.**

     **DECISION ENTERED INTO THE RECORD.**

 **X  SPEEDY TRIAL INFORMATION (DEFT. #1):**
     **CODE TYPE: X-          START DATE:  4/15/2011      XSTRT**
                             **STOP DATE:   5/20/2011      XSTOP**

 **X  DEFTS. CONTINUED IN CUSTODY.**

     **JURY SELECTION & TRIAL SCHEDULED FOR**

     **MOTIONS TO BE MADE BY**

    **RESPONSE BY GOVERNMENT BY** _____

    **REPLY IF ANY BY** _____

**X   OTHER: <u>SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY AND PLEA
          NEGOTIATIONS.</u>**