## CRIMINAL CAUSE FOR STATUS CONFERENCE

<u>BEFORE: SEYBERT,J.</u>  <u>DATE: 4/26/2011</u>     <u>TIME: 12:00        </u>

<u>DOCKET NUMBER: CR 11-48</u>        <u>TITLE: USA-V- T. MASON       </u>

<u>DEFT NAME: RASHAAN CORBIN                          DEFT: #2       </u>
   <u> X </u>PRESENT  <u>   </u>NOT PRESENT <u> X </u>IN CUSTODY  <u>   </u> ON BAIL

   <u>ATTY. FOR DEFT.: STEVE ZISSOU              </u>   <u> X </u>C.J.A.
          <u> X </u>PRESENT      <u>   </u>NOT PRESENT    <u>   </u>RET

<u>DEFT NAME: WILLIAM MASON                           DEFT: #3       </u>
   <u> X </u>PRESENT  <u>   </u>NOT PRESENT <u> X </u>IN CUSTODY  <u>   </u> ON BAIL

   <u>ATTY. FOR DEFT.: ELIZABETH MACEDONIO        </u>  <u> X </u>C.J.A.
          <u> X </u>PRESENT       <u>   </u>NOT PRESENT   <u>   </u>RET

<u>DEFT NAME: CHARLES HICKSON                         DEFT: #4       </u>
   <u> X </u>PRESENT  <u>   </u>NOT PRESENT <u> X </u>IN CUSTODY  <u>   </u> ON BAIL

   <u>ATTY. FOR DEFT.: JOSEPH KILADA             </u>   <u> X </u>C.J.A.
            <u>   </u>PRESENT       <u>   </u>NOT PRESENT   <u>   </u>RET


<u>A.U.S.A. NICOLE BOECKMANN             </u>  DEPUTY CLERK: CHARLES BARAN

<u>COURT REPORTER:</u>  <u>   </u>P. AUERBACH   <u>   </u>E. COMBS      <u>   </u>P. LOMBARDI
<u>   </u>S. PICOZZI   <u> X </u>H. RAPAPORT    <u>   </u>M. STEIGER    <u>   </u>R. TOLKIN
<u>   </u>D. TURSI     <u>   </u>O. WICKER

<u> X </u>  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

<u> X </u>  CASE ADJOURNED TO<u> 5/20/2011 AT 10:30AM </u>FOR<u> STATUS CONFERENCE.</u>

<u>   </u>  MOTION CONFERENCE HELD ON<u>                    </u>'S MOTION TO
    <u>                                                        </u>

<u>   </u> ARGUMENT HEARD     <u>   </u> MOTION GRANTED.   <u>   </u> MOTION DENIED.
                        <u>   </u> DECISION RESERVED.

<u>   </u> DECISION ENTERED INTO THE RECORD.


<u> X </u> SPEEDY TRIAL INFORMATION:
     CODE TYPE:<u>  X-       </u>   START DATE:<u>  4/26/2011      </u>XSTRT
                            STOP DATE:<u>   5/20/2011      </u>XSTOP

<u> X </u> DEFTS. CONTINUED IN CUSTODY.

<u>   </u> JURY SELECTION & TRIAL SCHEDULED FOR<u>                        </u>

<u>   </u> MOTIONS TO BE MADE BY<u>                                       </u>

<u>   </u> RESPONSE BY GOVERNMENT BY<u>                                   </u>

<u>   </u> REPLY IF ANY BY<u>                                             </u>

 X   OTHER: **SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY AND PLEA NEGOTIATIONS.**