## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: SEYBERT,J.   DATE: 5/20/2011      TIME:10:30

DOCKET NUMBER: CR 11-48         TITLE: USA-V-

DEFT NAME: TERRANCE MASON                           DEFT: #1
   X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

   ATTY. FOR DEFT.: MICHAEL SOROKA              X C.J.A.
          X PRESENT      NOT PRESENT     RET

DEFT NAME: RASHAAN CORBIN                           DEFT: #2
   X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

   ATTY. FOR DEFT.: STEVE ZISSOU                X C.J.A.
          X PRESENT      NOT PRESENT     RET

DEFT NAME: WILLIAM MASON                            DEFT: #3
   X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

   ATTY. FOR DEFT.: ELIZABETH MACEDONIO          X C.J.A.
          X PRESENT      NOT PRESENT     RET

DEFT NAME: CHARLES HICKSON                          DEFT: #4
   X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

                STEVE ZISSOU FOR
   ATTY. FOR DEFT.: JOSEPH KILADA                X C.J.A.
          X PRESENT      NOT PRESENT     RET

A.U.S.A. NICOLE BOECKMANN            DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:    P. AUERBACH      E. COMBS       P. LOMBARDI
 X  S. PICOZZI     H. RAPAPORT      M. STEIGER     R. TOLKIN
    D. TURSI       O. WICKER

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X  CASE ADJOURNED TO 6/17/2011 AT 10:30AM FOR STATUS CONFERENCE.

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
    _____

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.


 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-          START DATE:  5/20/2011     XSTRT
                            STOP DATE:   6/17/2011     XSTOP

 X  DEFTS. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___   **MOTIONS TO BE MADE BY** _____

___   **RESPONSE BY GOVERNMENT BY** _____

___   **REPLY IF ANY BY** _____

_X_   **OTHER:** **SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY AND PLEA NEGOTIATIONS.**