## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: SEYBERT,J.  DATE: 8/ 3/2011    TIME: 11:00 _____

DOCKET NUMBER: CR 11-48        TITLE: USA-V- T. MASON _____

DEFT NAME: RASHAAN CORBIN                        DEFT: #2 _____
     X PRESENT ___NOT PRESENT _X_IN CUSTODY ___ ON BAIL

     ATTY. FOR DEFT.: STEVE ZISSOU _____ X C.J.A.
                 X PRESENT ____NOT PRESENT ___RET

DEFT NAME: CHARLES HICKSON                       DEFT: #4 _____
     X PRESENT ___NOT PRESENT _X_IN CUSTODY ___ ON BAIL

     ATTY. FOR DEFT.: JOSEPH KILADA _____ X C.J.A.
               PRESENT ____NOT PRESENT ___RET


A.U.S.A. NICOLE BOECKMANN _____DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: ___P. AUERBACH ___E. COMBS ___P. LOMBARDI
___S. PICOZZI _X_H. RAPAPORT ___M. STEIGER ___R. TOLKIN
___D. TURSI ___O. WICKER

_X_  CASE CALLED.  ALL COUNSEL PRESENT.

_X_  CONFERENCE HELD.

_X_  CASE ADJOURNED TO_9/23/2011 AT 10:30AM_FOR_STATUS_
     CONFERENCE.

____  DEFT(S) _____WITHDRAW(S) NOT GUILTY PLEA AND ENTER(S) A
     PLEA OF GUILTY TO COUNT ___ OF THE (SUPERSEDING)
     INDICTMENT/INFORMATION.

____  COURT FINDS A FACTUAL BASIS FOR THE PLEA.

____  SENTENCE DATE SET FOR   / /2011 AT

____  PROBATION NOTIFIED.

_X_  SPEEDY TRIAL INFORMATION:
     CODE TYPE:_X-_____  START DATE:_8/ 3/2011_____XSTRT
                     STOP DATE:_9/23/2011_____XSTOP

_X_  DEFTS. CONTINUED IN CUSTODY.

____  JURY SELECTION & TRIAL SCHEDULED FOR_____

____  MOTIONS TO BE MADE BY_____

____  RESPONSE BY GOVERNMENT BY_____

____  REPLY IF ANY BY_____

_X_  OTHER:_SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS._