**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: SEYBERT,J.  DATE: 9/30/2011     TIME: 11:00

DOCKET NUMBER: CR 11-48     TITLE: USA-V- T. MASON

DEFT NAME: RASHAAN CORBIN                           DEFT: #2
   X PRESENT    NOT PRESENT  X IN CUSTODY     ON BAIL

   ATTY. FOR DEFT.: SALLY BUTLER          X C.J.A.
           X PRESENT      NOT PRESENT    RET

DEFT NAME: CHARLES HICKSON                          DEFT: #4
   X PRESENT    NOT PRESENT  X IN CUSTODY     ON BAIL

   ATTY. FOR DEFT.: JOSEPH KILADA         X C.J.A.
             PRESENT       NOT PRESENT    RET

A.U.S.A. NICOLE BOECKMANN          DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:    P. AUERBACH     E. COMBS       P. LOMBARDI
    S. PICOZZI     H. RAPAPORT     M. STEIGER     R. TOLKIN
 X  D. TURSI       O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

 X   CONFERENCE HELD.

 X   CASE ADJOURNED TO 11/10/2011 AT 11:00AM FOR STATUS
     CONFERENCE OR GUILTY PLEA.

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-          START DATE: 9/30/2011     XSTRT
                            STOP DATE:  11/10/2011    XSTOP

 X   DEFTS. CONTINUED IN CUSTODY.

     JURY SELECTION & TRIAL SCHEDULED FOR

     MOTIONS TO BE MADE BY

     RESPONSE BY GOVERNMENT BY

     REPLY IF ANY BY

 X   OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS.