**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: SEYBERT,J.   DATE: 11/10/2011      TIME: 11:00

DOCKET NUMBER: CR 11-48         TITLE: USA-V- T. MASON

DEFT NAME: RASHAAN CORBIN                             DEFT: #2
    X PRESENT    ___NOT PRESENT  X IN CUSTODY    ___ ON BAIL

    ATTY. FOR DEFT.: STEVE ZISSOU              X C.J.A.
              X PRESENT       ___NOT PRESENT    ___RET

DEFT NAME: CHARLES HICKSON                            DEFT: #4
    X PRESENT    ___NOT PRESENT  X IN CUSTODY    ___ ON BAIL

    ATTY. FOR DEFT.: JOSEPH KILADA             X C.J.A.
              ___PRESENT       ___NOT PRESENT    ___RET

A.U.S.A. NICOLE BOECKMANN          DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:  ___P. AUERBACH   ___E. COMBS    ___P. LOMBARDI
  ___S. PICOZZI   ___H. RAPAPORT   X M. STEIGER  ___R. TOLKIN
  ___D. TURSI    ___O. WICKER

 X   CASE CALLED.  ALL COUNSEL PRESENT.

 X   CONFERENCE HELD.

 X   CASE ADJOURNED TO 11/22/2011 AT 10:00AM FOR STATUS
     CONFERENCE OR GUILTY PLEA (DEFT. #2).

 X   CASE ADJOURNED TO 11/22/2011 AT 2:00PM FOR STATUS
     CONFERENCE OR GUILTY PLEA (DEFT. #4).

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-         START DATE: 11/10/2011    XSTRT
                            STOP DATE:  11/22/2011    XSTOP

 X   DEFTS. CONTINUED IN CUSTODY.

 ___ JURY SELECTION & TRIAL SCHEDULED FOR_____

 X   OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS.